■ 630 EAGLE AVENUE CORP. et al., Appellants, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Respondent.—Order, Supreme Court, Bronx County, entered on or about July 15, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term. Respondent

shall recover of appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Lupiano, Birns, Capozzoli and Markewich, JJ.